FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA21-407M |
| v. | |
| Alan Hostetter | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Indictment
in the _____ District of Columbia _____ on June 9, 2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about January 6, 2021
in violation of Title 18 _____ U.S.C., Section(s) 1512(k)
to wit: Conspiracy to Obstruct an Official Proceeding

A warrant for defendant's arrest was issued by: Magistrate Judge Zia M. Faruqui

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     6/9/21
                Date

_Jessica Salo_  (signature)
Signature of Agent

Jessica Salo
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT