FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

to:
____@cacd.uscourts.gov For Los Angeles criminal duty
____-SA@cacd.uscourts.gov For Santa Ana criminal duty
CourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. PLAINTIFF | SA 21 - 407 M |
| Alan Hostetter | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/10/21 at 840 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1512(k) - Conspiracy to Obstruct an Official Proceeding

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1964

8. Defendant has retained counsel: ☐ No
   ☒ Yes Name: Bilal Essayli Phone Number: 949-508-2980

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: SA Jessica Salo (please print)

12. Office Phone Number: 310-720-5220

13. Agency: FBI

14. Signature: Jessica Salo

15. Date: 6/10/21

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION