AO 442 (Rev. 11/11) Arrest Warrant

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ua_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ALAN HOSTETTER

Defendant

Case No. 21-cr-392

SA21-407M

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) ALAN HOSTETTER
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1512(k)(Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. §§ 1512(c)(2), 2(Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Restricted Building or Grounds).

Date: 06/09/2021

Issuer's signature

Zia M. Faruqui
2021.06.09
16:53:56 -04'00'

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 6/9/2021, and the person was arrested on (date) 6/10/21
at (city and state) Orange, CA

Date: 6/10/21

Arresting officer's signature

SA Jessica Salo
Printed name and title