FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-407 |
| v. | |
| ALAN HOSTETTER | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __BILAL ESSAYLI__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__6/10/2021__
Date

_[signature]_
Defendant's Signature

__SANTA ANA, CA__
City and State

## APPEARANCE OF COUNSEL

I, __BILAL ESSAYLI__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__6/10/2021__
Date

_[signature]_
Attorney's Signature

__273441__
California State Bar Number

__18191 VON KARMAN AVE, SUITE 100__
Street Address

__IRVINE, CA 92612__
City, State, Zip Code

__949-508-2982__        __949-508-2983__
Telephone Number         Fax Number

__bessayli@essaylibrown.com__
E-mail Address

CR-14 (01/07)            DESIGNATION AND APPEARANCE OF COUNSEL