## United States Probation & Pretrial Services

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

PACTS No: 747632l

**Passport Receipt**

Defendant Name: Hostetter, Alan

Name on passport, if different:

Country of Origin: USA

Date passport issued: 06/09/2015

Expiration date of passport: 06/08/2025

Ordered by court in the Central District of California or Southern District of California

Docket Number: 8:21-00407M

ALAN HOSTETTER
*Alan Hostetter* (signature)
Surrendered By

Nick Cuellar (signature)
Received By

**FILED**
CLERK, U.S. DISTRICT COURT
6/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA DEPUTY

Date 6/11/2021

Date 06/11/2021

Returned To _____ Date _____

Returned By _____ Date _____

Purpose Returned _____
Address (if mailed) _____

#528954803

Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Suite 4170, Santa Ana, CA 92701-4596 / 714-338-4550 phone, 714-338-4570 fax